FILED: March 27, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2084
(3:21-cv-00638-RJC-SCR)
_____

HEATHER NICOLE DURHAM, on behalf of herself and others similarly situated

    Plaintiff - Appellee

v.

CITY OF CHARLOTTE, a North Carolina municipal corporation

    Defendant - Appellant

------------------------------

NORTH CAROLINA PRESS ASSOCIATION

    Amicus Supporting Appellant

_____

O R D E R
_____

Upon review of submissions relative to the motion to dismiss, the Court grants the motion.

Entered at the direction of Judge Wynn with the concurrence of Judge Richardson and Judge Benjamin.

                  For the Court

                  /s/ Nwamaka Anowi, Clerk